UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | NO.: 07-4469 |
| Plaintiff-Appellee, | ) | 0:05-CR-01224-MBS-1 |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR EXTENSION |
| | ) | OF TIME TO FILE |
| DAVID MURPHY, JR. | ) | OPENING BREIF AND |
| Defendant-Appellant | ) | APPENDIX |
| | ) | |

The Defendant/Appellant, David Murphy, Junior, by and through his undersigned attorney hereby moves this Honorable court to allow the opening brief and appendix to be filed past the June 17, 2008 required filing date. The ECF username and password assigned to counsel for the Defendant/Appellant is inoperable. The username and password assigned to counsel is effective only with the District Court. All documentation is complete but cannot be filed electronically until June 18th or 19th, 2008.

Counsel for the Defendant respectfully requests that counsel be allowed to file Opening Brief and Appendix after June 17, 2008.

Respectfully submitted,

By: _____
Mark A. Redmond
1524 Ashley River Road
Charleston, SC 29407
843-762-3590

Dated: June 17, 2008

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 17th day of June, 2008, I caused this Motion for Extension to be filed, via hand delivery, with the Clerk of the Court, and that the required copies of this motion were sent, via U.S. Mail, postage prepaid, to:

Christopher T. Hagins
Office of the U.S. Attorney
1441 Main Street, Suite 500
Columbia, SC  29201
*Counsel for Appellee*

Russell W. Templeton
Russell W. Templeton Law
1825 Bull Street
Columbia, SC  29202
*Counsel for Appellant Fahbian McCullough*

Mark A. Redmond